IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOANNE KELLY,

        Plaintiff,                              13cv0804
                                              **ELECTRONICALLY FILED**

                   v.

FIRST NIAGARA BANK,

        Defendant.

Order of Court re: Doc. No. 20

AND NOW, this 1st day of October 2013, after consideration of Plaintiff's Motion

Requesting that the Defendant General Counsel Attend the ADR Mediation Session in

Pittsburgh, Pennsylvania, (Doc. No. 20), and Defendant's Response in Opposition thereto (Doc.

No. 21), said Motion is GRANTED IN PART AND DENIED IN PART. The Court HEREBY

ORDERS that General Counsel be available by telephone to consult with the mediator should the

need arise during the mediation, but is not required to be physically present. Furthermore,

counsel and the parties shall also conduct an additional ADR Mediation Session on the same date

in Civil Action Number 13-340. An appropriate Order will also be entered in Civil Action

Number 13-340.

                                       s/Arthur J. Schwab
                                       Arthur J. Schwab
                                       United States District Judge

cc: All Registered ECF Counsel and Parties